IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Tripp, Charlotte | Case Number: 06 B 11549 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 03/10/09 | Filed: 9/14/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 26, 2009
Confirmed: December 4, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,727.62 |  |
| Secured: |  | 15,800.69 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 934.00 |
| Trustee Fee: |  | 992.93 |
| Other Funds: |  | 0.00 |
| Totals: | 17,727.62 | 17,727.62 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 934.00 | 934.00 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | Honda Finance Services | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 5. | Great American Finance Company | Secured | 2,909.31 | 1,050.00 |
| 6. | Silverleaf Resorts Inc | Secured | 5,698.77 | 2,000.00 |
| 7. | Honda Finance Services | Secured | 20,364.02 | 7,704.08 |
| 8. | American Home Mortgage Servicing | Secured | 8,102.00 | 5,046.61 |
| 9. | Illinois Dept of Revenue | Priority | 298.75 | 0.00 |
| 10. | Internal Revenue Service | Priority | 16,757.71 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 22.93 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 122.55 | 0.00 |
| 13. | Great American Finance Company | Unsecured | 0.72 | 0.00 |
| 14. | Honda Finance Services | Unsecured | 40.59 | 0.00 |
| 15. | World Financial Network Nat'l | Unsecured | 323.46 | 0.00 |
| 16. | Asset Acceptance | Unsecured | 1,143.92 | 0.00 |
| 17. | B-Real LLC | Unsecured | 286.21 | 0.00 |
| 18. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 19. | Great American Finance Company | Unsecured | | No Claim Filed |
| 20. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 21. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 22. | Rnb Fields3 | Unsecured | | No Claim Filed |
| 23. | New Millennium Bank | Unsecured | | No Claim Filed |
| 24. | FCNB Master Trust | Unsecured | | No Claim Filed |
| | | | $ 57,004.94 | $ 16,734.69 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Tripp, Charlotte | Case Number: 06 B 11549 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 9/14/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 237.27 |
| 5.4% | 377.17 |
| 6.5% | 279.49 |
| 6.6% | 99.00 |
| | $ 992.93 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

